CURTICE INGRAHAM, Plff in Error, vs. ELIJAH WHEELER, Deft in Error.

The sufficiency of a certificate of an associate judge of the common pleas to carry the cause to the Supreme Court.

*Motion by defendant in error to quash the writ of error, and to set aside all subsequent proceedings on the part of plaintiff in error, for the*

*want of a sufficient certificate that the said cause is a proper one to be carried to the Supreme Court, in accordance with the statute.*—The facts appear to be that a certificate, according to the statute, was presented to an associate judge of the Common Pleas for signature, during the absence of the first judge from the county; before being signed by the associate judge the first judge returned, and a consultation was had between the judges on the subject, (both having heard the argument of the cause on the certiorari in the Common Pleas.) After such consultation, on production of the certificate signed by the associate judge, and on application, the first judge refused to allow a writ of error, and gave as his opinion, that the certificate had been unadvisedly given. The associate judge having signed the certificate on the day of the consultation with the first judge, as of the day when the same was received by him.

S. H. Hammond, *Defts Counsel.*    Rathbun & Walker, *Defts Attys.*
N. Hill, Jr., *Plffs Counsel.*    Clark & Thompson, *Plffs Attys.*

The certificate held good, the associate judge having acquired jurisdiction.

*Decision.*—Motion denied with costs.